**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JEFFREY FLOWERS,

                Plaintiff,               **25-CV-3751 (GHW) (VF)**

     -against-                        **ORDER**


UNITED STATES OF AMERICA,

                Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint status update on this case by January 30, 2026.

               **SO ORDERED.**

DATED:     New York, New York
            January 15, 2026

                             _____
                             VALERIE FIGUEREDO
                             United States Magistrate Judge