UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLO FREE LLC, et al.,

Plaintiffs,

-v-

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 7318 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on August 18, 2026 (the "Conference") to discuss the status of fact discovery and the parties' discovery disputes. (See Dkt. Nos. 100; 103; 106). Following the Conference, the Court **ORDERS** the following:

1. By **August 20, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") using the annexed form. Given that the Court ordered a brief recess during the Conference, the parties shall indicate in their email requesting the Transcript that there are two recordings for this Conference.

2. With respect to Plaintiff's concern over the volume of Defendants' production, (see Dkt. No. 102 at 1–2), Defendants' counsel shall randomly extract 20 documents that they have withheld as nonresponsive for each of the following three search terms: (i) Fl0; (ii) Flo; and (iii) Currence, for a total of 60 documents, and produce them to Plaintiffs' counsel on an Attorneys' Eyes Only basis. The parties shall meet and confer regarding the methodology for extracting this random sample of documents. In using the agreed methodology, to the extent Defendants pull a document that they

withheld because it was nonresponsive and also privileged, Defendants shall replace that document with a different non-privileged document.

3. With respect to Plaintiffs' Requests for Production ("RFP") 90 and 91, (see Dkt. No. 103 at 3–4), Defendants indicated that they are in the process of producing documents responsive to RFP No. 91 and shall also explore whether there is a document or other form of information about the mechanism by which Defendants calculated the aggregate balances of the interest rates on the sweep accounts. Defendants shall provide an update on this search in their letter due on **September 8, 2026**. (See ¶ 6, infra).

4. With respect to Plaintiffs' concern about the sequence of depositions, (Dkt. No. 103 at 2), the parties shall meet and confer about the deposition schedule.

5. With respect to Plaintiff's request for text messages from the K&S Custodians (defined in the Court's Order at Dkt. No. 73 ¶ 2), (Dkt. No. 103 at 4–5), the Court refers the parties to the Transcript for the full discussion on this issue, including Defendants' counsel's explanation as to Defendants' process for reviewing the text messages from the K&S Custodians and why Defendants' counsel deemed them nonresponsive.

6. By **September 8, 2026 at 5:00 p.m. ET**, the parties shall each file a letter, limited to 1,050 words, setting forth the status of discovery and any discovery issues ripe for the Court's attention.

7. A virtual conference to discuss the status of discovery and any remaining discovery issues is scheduled for **September 11, 2026 at 11:00 a.m. ET** and will be held by videoconference on the Court's Team's platform. Counsel for the parties are

instructed to email Chambers (Cave_NYSDChambers@nysd.uscourts.gov), copying all counsel in this action, an Attendance Acknowledgement Form, annexed hereto, by **September 8, 2026 at 5:00 p.m. ET**. Following receipt of the Attendance Acknowledgement Forms, the Court will forward the Teams link to counsel.

Dated: New York, New York
August 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

# ATTENDANCE ACKNOWLEDGMENT FORM

**CASE NAME:** ______________________________________________________________

**DOCKET NUMBER**: __________________________________________________________

I represent the ☐ Plaintiffs ☐ Defendants

☐ I acknowledge that I am attending a virtual conference **through the Court's Teams platform** on **September 11, 2026 at 11:00 a.m. ET.**

Please provide the name and email address of all counsel who will attend the conference.

_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________
_____________________________________________________________________

______________________________ ______________________________
Signature Date

______________________________
Name (print)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL